**IT IS ORDERED**

**Date Entered on Docket: July 2, 2019**

_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**



_____

# IN THE UNITED STATES BANKRUPCTY COURT
# FOR THE DISTRICT OF NEW MEXICO

**IN RE:**

    Roseanna J. Sullivan,

        **Debtor.**                                           **Case No. 19-10574-ta7**

## STIPULATED ORDER WITHDRAWING MOTION FOR RELIEF FROM STAY AND VACATING FINAL HEARING

      Secured Creditor, MidFirst Bank, its assignees and/or successors ("Secured Creditor") and Debtor, Roseanna J. Sullivan, ("Debtor") by and through their attorneys of record STIPULATE as follows:

    Secured Creditor hereby withdraws its Motion for Relief from Automatic Stay, filed in the above-entitled Court on April 19, 2019, Docket No. 12. The final hearing scheduled for July 3, 2019 at 1:30 PM is hereby vacated.

IT IS SO STIPULATED:

Dated: 6/25/2019                    McCarthy & Holthus, LLP

                                                                            **/s/ Daniel Grunow**
                                                                            **Daniel Grunow, Esq.**
                                                                            **Attorney for MidFirst Bank, its assignees and/or successors**

Dated: 6/26/2019                    Hume Law Firm

                                                                            **/s/ James Clay Hume (With Email Approval)**
                                                                            **James Clay Hume, Esq.**
                                                                            **Attorney for Debtor**

File No. NM-19-154157
Notice of Withdrawal, Case No. 19-10574-ta7
Case 19-10574-t7    Doc 23    Filed 07/02/19    Entered 07/02/19 12:30:01 Page 2 of 2